1   ANDREW T. KOENIG, State Bar No. 158431
    Attorney at Law
2   353 Sanjon Road
    Ventura, California 93001
3   Telephone:  (805) 653-7937
    Facsimile: (805) 653-7225
4   E-mail: andrewtkoenig@hotmail.com

5   Attorney for Plaintiff Robert Jacka

6

7

8                   UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
9                        WESTERN DIVISION

10

    ROBERT JACKA,                 )   CASE NO. CV 12-07188-PLA
11                                )
          Plaintiff,              )   ORDER
12                                )   AWARDING ATTORNEY'S
          v.                      )   FEES AND COSTS PURSUANT
13                                )   TO THE EQUAL ACCESS TO
                                  )   JUSTICE ACT, 28 U.S.C.
14  CARLOYN W. COLVIN,            )   § 2412(d), AND COURT COSTS
    COMMISSIONER OF SOCIAL        )   PURSUANT TO
15  SECURITY,                     )   28 U.S.C. § 1920
                                  )
16        Defendant.              )
    _____ )
17

18

19        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20  IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

21  Justice Act in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS

22  and NO CENTS ($4,400.00), as authorized by 28 U.S.C. § 2412(d), and Court

23  costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS

24  ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

25  Dated: August 6, 2013

26                                _____
                                  Paul L. Abrams
27                                UNITED STATES MAGISTRATE JUDGE

28

                                      1